Mark Mausert, Esq.
Nevada Bar # 2398
930 Evans Avenue
Reno, Nevada 89512
(775) 786 5477
(775) 786 9658 – fax

Attorney for Plaintiff

Treva Hearne, Esq.
Nevada Bar # 4450
Hager & Hearne
910 E. Parr Blvd., Suite 8
Reno, Nevada 89512
(775) 329 5800
(775) 329 5819 – fax

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STACEE DICKEY,

    Plaintiff,

vs.

AES INDUSTRIES, INC., and
DOES I-X,

    Defendants.

CASE NO. 3:07-CV-0110-BES (VPC)

**STIPULATION TO DISMISS, WITH PREJUDICE**

COME NOW the parties, through their respective counsel, and hereby stipulate to dismiss the above-entitled case, with prejudice, each side to bear their respective fees and costs. The parties hereby request the Court to enter an Order dismissing this case with prejudice, with each side to bear their respective fees and costs.

DATED this 30th day of January, 2008.

MARK MAUSERT, ESQ.

TREVA HEARNE, ESQ.
Attorney for AES Industries, Inc.

Page 1 of 2

1
2
3  IT IS SO ORDERED.
4  _____ 2/6/08
5  DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28